UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 09 CA 11931 RGS

SOBEIDA FELIZ, ADMINISTRATRIX
OF THE ESTATE OF SANTA
ENCARNACION
           Plaintiff,

v.

UNITED STATES OF AMERICA,
LAWRENCE HULEFELD, M.D. and
BRIAIN MACNEILL, M.D.
           Defendants.

**PLAINTIFF'S MOTION TO VACATE JUDGMENT OF DISMISSAL REGARDING DEFENDANT, BRIAIN MACNEILL, M.D.**

NOW COMES the plaintiff, by her attorney in the above entitled action, and hereby moves this Honorable Court to vacate the judgment of dismissal as to defendant, Briain MacNeill, M.D. entered by the court on or about March 31, 2010. As grounds therefore, the plaintiff states as follows:

The plaintiff has been acting diligently and in good faith in her efforts to effect proper service on Dr. MacNeill who now resides in Ireland and who has insisted on formal service via the Hague Convention.

By way of brief background, the plaintiff served Dr. Briain MacNeill in Salem, MA, on April 30, 2009. The plaintiff filed the Return of Service with the court on May 12, 2009.

On or about June 12, 2009, it was brought to the plaintiff's attention by Dr. MacNeill's counsel that Dr. MacNeill resided in Galway, Ireland. Subsequently, the plaintiff attempted to

serve Dr. MacNeill in Galway, Ireland on or about June 22, 2009. When Dr. MacNeill's counsel advised that Dr. MacNeill would require formal service of process via international protocols, the plaintiff promptly contracted with APS, an entity specializing in the service of process abroad. (See Affidavit of Josh Cobb, attached as Exhibit A).

Service of process abroad is a cumbersome process that often takes six months to a year to complete. (See Affidavit of Josh Cobb, attached as Exhibit A). There are often technical difficulties that arise as legal papers move between two sovereign states, and such issues arose in the instant case. (See Affidavit of Josh Cobb, attached as Exhibit A). At each turn, the plaintiff responded appropriately, and in a timely way, in her efforts to address the issue and move the process along toward its eventual conclusion. (See Affidavit of Josh Cobb, attached as Exhibit A; see also court filings including Plaintiff's Motion to Appoint Special Process Server).

The plaintiff has shown good cause as to why Dr. MacNeill has not been served to date. The plaintiff has further shown that she has made numerous, continuous, and diligent efforts to effect service of process on Dr. MacNeill in Ireland. The court's prior Order dismissing Dr. MacNeill as a defendant is arbitrary and does not fairly take into account the realities of international service of process. Accordingly, the court should vacate its Order of Dismissal and allow the process of international service to continue to its usual conclusion in the ordinary timeframe.

WHEREFORE, the plaintiff respectfully requests that this Honorable Court allow plaintiff's Motion to Vacate Judgment of Dismissal Regarding Briain MacNeill, M.D.

based on the aforementioned reasons and in the interests of justice.

                Respectfully submitted,
                The plaintiff,
                By her attorney,

                William J. Thompson (BBO# 559275)
                LUBIN & MEYER, P.C.
                100 City Hall Plaza
                Boston MA 02108
                (617) 720-4447

## Certificate of Service

I, William J. Thompson, hereby certify that on April 27, 2010, I served the within document(s):

*Plaintiff's Motion to Vacate Judgment of Dismissal Regarding Defendant, Briain MacNeill, M.D.*

on all counsel listed below by mailing a copy of same via first class mail. The document cannot be filed through the ECF system or sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) because the court has closed the case during the pendency of the Superior Court's hearing of the medical malpractice tribunal.

Peter C. Knight, Esquire
Jeffrey Ward, Esquire
Morrison Mahoney, LLP
250 Summer Street
Boston, MA  02210-1181

Tamara Smith Holtslag, Esquire
Joshua B. Walls, Esquire
R. Victoria Fuller, Esquire
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, MA  02110

Michael Sady, Esquire
U.S. Attorney's Office
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA  02210

_____
William J. Thompson