# EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 09 CA 11931 RGS

SOBEIDA FELIZ, ADMINISTRATRIX
OF THE ESTATE OF SANTA
ENCARNACION
    Plaintiff,

v.

UNITED STATES OF AMERICA,
LAWRENCE HULEFELD, M.D. and
BRIAIN MACNEILL, M.D.,
    Defendants.
_____/

## AFFIDAVIT OF JOSH COBB

STATE OF MINNESOTA
COUNTY OF HENNEPIN

BEFORE ME, the undersigned authority, this day personally appeared Josh Cobb, who, after being duly sworn, deposes and says:

1. My name is Josh Cobb. I am employed at Civil Action Group Ltd. d/b/a APS International Ltd. (APS), and in that capacity have caused thousands of documents to be served abroad.

2. I am over the age of eighteen years.

3. I have personal knowledge of the facts stated within this Affidavit.

4. That on August 21, 2009, APS received correspondence from Lubin & Meyer, P.C., along with documents for service of process upon defendant Briain MacNeill, M.D. in Ireland.

5. That on August 27, 2009, a formal Request under the Hague Service Convention was submitted to the designated Central Authority of Ireland (The Master of the High Court, Inns Quay, Dublin 7, Ireland) by international courier. The international courier delivered this Request to the Central Authority on August 31, 2009.

6. That my experience has shown that service outside the United States is a time-consuming process because of the rate at which papers are processed by foreign governments. The United States and Ireland are both party to the <u>Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters</u>, (20 U.S.T. 361; 658 U.N.T.S. 163) ("Hague Service Convention). The entire process to have documents served through this Treaty normally takes 6 to 12 month or longer through Ireland's designated Central Authority.

7. That on November 30, 2009, I received correspondence from the Irish authorities requesting that we submit documentation showing that APS was appointed an authority or competent judicial officer.

8. That on December 3, 2009, APS informed Lubin & Meyer, P.C., that an Order to Appoint Special Process Server was required by the Irish authorities.

9. That on January 13, 2010, APS received a copy of the Order from Lubin & Meyer, P.C., and on the same date informed Lubin & Meyer, P.C., that a copy of the Order may be sufficient to meet the requirements of the Irish authorities.

10. That, after corresponding with the Irish authorities, APS informed Lubin & Meyer, P.C., that the Irish authorities would not accept a copy of the Order and that an original was needed.

11. That on February 2, 2010, I did receive from Lubin & Meyer, P.C., an original signed and certified Order to Appoint Special Process Server to conform with the above requirement of the Irish authorities. This Order was sent to the Irish authorities on the same day by international courier, and was received by the Irish authorities on February 4, 2010.

12. That after inquiries I was told by the Irish authorities on March 23, 2010, that the process of service was underway.

FURTHER AFFIANT SAYETH NOT.

_____
Josh Cobb
APS International, Ltd.
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

SWORN TO and subscribed before me this 16th day of April, 2010.

_____
Notary Public, State of Minnesota

MY COMMISSION EXPIRES:



GREGORY K. JOHNSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1-31-2015